**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0000043**
**11-FEB-2015**
**11:07 AM**

CAAP-12-0000043

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

NICHOLAS K. NICHOLS, Petitioner-Appellant,
vs.
STATE OF HAWAIʻI, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(SPP NO. 11-1-0053 (CR NOS. 08-1-1354 & 08-1-1762))

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Opinion of the court, filed on December 24, 2014, is hereby corrected as follows:

1.    On page 6, in the seventh line of the first paragraph, the word "terms" should be replaced with "term" so that as corrected, the text reads: ". . . maximum intermediate term of imprisonment would be imposed."

2.    On page 11, in the last line, the word "some" should be deleted and the words "within quotation marks" should be inserted between "brackets" and "in" so that as corrected, the text reads: "(Ellipsis points and brackets within quotation marks in original.)"

---

[1] Nakamura, Chief Judge, and Foley and Fujise, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, February 11, 2015.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge